**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DAYAN JEREZ PIMENTEL | CIVIL ACTION NO. 26-1231-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARKWAYNE MULLIN, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections (Record Document 23) thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Dayan Jerez Pimentel's petition is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-file his claim of prolonged detention if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not significantly likely in the reasonably foreseeable future.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 15th day of October, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE